NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**SIMULATION TECHNOLOGY, LLC,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

_____

2012-5075

_____

Appeal from the United States Court of Federal Claims in case no. 11-CV-408, Judge Edward J. Damich.

_____

**JUDGMENT**

_____

EDWARD R. GAY, Bogin, Munns & Munns, P.A., of Orlando, Florida, argued for plaintiff-appellant.

RUSSELL J. UPTON, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2012
Date

Jan Horbaly
Jan Horbaly
Clerk